FILED
AUG 15 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 3:06CR191-MHT |
| | ) | [18 USC 1344] |
| SPRING M. DAWSON | ) | |
| | ) | |
| | ) | INDICTMENT |

THE GRAND JURY CHARGES:

## COUNT 1

From on or about the 19th day of March, 2003, to on or about the 21st day of March, 2003, in Auburn, Alabama, within the Middle District of Alabama, and elsewhere,

SPRING M. DAWSON,

defendant herein, aided and abetted by others unknown to the Grand Jury, knowingly and willfully executed a scheme to defraud AmSouth Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation. The scheme to defraud consisted of the Defendant, aided and abetted by others, depositing a counterfeit check in the amount of $9770.57 into the account of Spring M. Dawson, account number 0031471579, on March 19, 2003. On March 21, 2003, Spring M. Dawson presented check number 618 at the Auburn Branch of AmSouth Bank and withdrew $4900.00 when she then well knew that her bank account did not contain sufficient funds to withdraw $4900.00. The scheme resulted in Spring M. Dawson fraudulently obtaining $4900.00, all in violation of Title 18, United States Code, Sections 2 and 1344.

## COUNT 2

From on or about the 19th day of March, 2003, to on or about the 21st day of March, 2003, in Auburn, Alabama, within the Middle District of Alabama, and elsewhere,

SPRING M. DAWSON,

defendant herein, aided and abetted by others unknown to the Grand Jury, knowingly and willfully executed a scheme to defraud AmSouth Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation. The scheme to defraud consisted of the Defendant, aided and abetted by others, depositing a counterfeit check in the amount of $9770.57 into the account of Spring M. Dawson, account number 0031471579, on March 19, 2003. On March 21, 2003, Spring M. Dawson presented check number 619 at the Opelika Branch of AmSouth Bank and withdrew $4500.00 when she then well knew that her bank account did not contain sufficient funds to withdraw $4500.00. The scheme resulted in Spring M. Dawson fraudulently obtaining $4500.00, all in violation of Title 18, United States Code, Sections 2 and 1344.

## COUNT 3

From on or about the 19th day of March, 2003, to on or about the 21st day of March, 2003, in Auburn, Alabama, within the Middle District of Alabama, and elsewhere,

SPRING M. DAWSON,

defendant herein, aided and abetted by others unknown to the Grand Jury, knowingly and willfully executed a scheme to defraud AmSouth Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation. The scheme to defraud consisted of the Defendant, aided and abetted by others, depositing a counterfeit check in the amount of $9770.57 into the account of Spring M. Dawson, account number 0031471579, on March 19, 2003. Spring M. Dawson made a $400.00 withdrawal from her account at the PSN Bank ATM at Colonial Mall in Auburn, Alabama, when she then well knew that her bank account did not contain sufficient funds to withdraw $400.00. The scheme resulted in Spring M. Dawson fraudulently obtaining $400.00, all in violation of Title 18, United States Code, Sections 2 and 1344.

A TRUE BILL:

*Janice Davy Williams*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*Kent Brunson*
Kent B. Brunson
Assistant United States Attorney