BOND, CLOSED, PASSPORT

## U.S. District Court
## WESTERN DISTRICT OF WASHINGTON (Seattle)
## CRIMINAL DOCKET FOR CASE #: 2:06-mj-00453-JPD-1

Case title: USA v. Dawson                                    Date Filed: 08/31/2006
Other court case number: 3:06CR191-MHT District of
                         Alabama, Eastern Division

Assigned to: James P. Donohue

**Defendant**

**Spring M Dawson** (1)                    represented by **Nancy Tenney**
*TERMINATED: 09/06/2006*                              FEDERAL PUBLIC DEFENDER'S
                                                      OFFICE (SEA)
                                                      1601 5TH AVE
                                                      STE 700 WESTLAKE CENTER
                                                      OFFICE TOWER
                                                      SEATTLE, WA 98101
                                                      206-553-1100
                                                      Fax: FAX 206-553-0120
                                                      Email: nancy_tenney@fd.org
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Public Defender or*
                                                      *Community Defender Appointment*

**Pending Counts**                          **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                       **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                              **Disposition**

18:1344 Bank Fraud

**Plaintiff**

**USA**                                          represented by    **Michael J Lang**
                                                                   US ATTORNEY'S OFFICE (SEA)
                                                                   700 STEWART ST
                                                                   STE 5220
                                                                   SEATTLE, WA 98101-1271
                                                                   206-553-7970
                                                                   Email: Mike.Lang@usdoj.gov
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2006 | | Arrest of Spring M Dawson on 8/31/2006. (HAZ, ) (Entered: 09/05/2006) |
| 08/31/2006 | 1 | CHARGING DOCUMENT RECEIVED FROM OTHER COURT as to Spring M Dawson (HAZ, ) (Entered: 09/05/2006) |
| 08/31/2006 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Nancy Tenney by Judge James P. Donohue. (HAZ, ) (Entered: 09/05/2006) |
| 08/31/2006 | 4 | Minute Entry for proceedings held before Judge James P. Donohue - CRD: *HAZ*; AUSA: *M LANG*; Def Cnsl: *N TENNEY*; PTS: *C KNUDSEN*; Time of Hearing: *2:30 PM*; Courtroom: *12B*; **INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS** as to Spring M Dawson held on 8/31/2006. CT reviews financial affidavit and appoints counsel. Defendant advised of rights and charges pending in MD-AL. Rule 5 hearing waiver signed. Defendant(s) placed on PR bond.<br><br>Status Hearing re: Rule 20 transfer set for 9/14/2006 at 1:30 pm before Hon. Monica J. Benton. (HAZ, ) (Entered: 09/05/2006) |
| 08/31/2006 | 5 | WAIVER of Rule 5(c)(3) Hearings by Spring M Dawson (cc: USMO) (HAZ, ) (Entered: 09/05/2006) |
| 08/31/2006 | 6 | Appearance Bond Entered as to Spring M Dawson (1) PR bond w/PTS supervision and special conditions. (cc: PTS/USPO/USMO) (HAZ, ) (Entered: 09/05/2006) |
| 09/01/2006 | 7 | Receipt for Surrender of Passport as to Spring M Dawson. Passport issued by United States. (JK, ) (Entered: 09/06/2006) |
| 09/06/2006 | 9 | ORDER OF TRANSFER to Middle District of Alabama as to Spring M Dawson by Judge Monica J. Benton. (cc: PTS, USMO) (HAZ, ) (Entered: 09/08/2006) |
| 09/07/2006 | 8 | STIPULATED MOTION *to Transfer Jurisdiction* by Spring M Dawson. Noting Date 9/15/2006. (Attachments: # 1 Exhibit A & B# 2 Proposed Order)(Tenney, Nancy) (Entered: 09/07/2006) |
| 09/08/2006 | | ***Note as to defendant Spring M Dawson: |

| | | Defendant is directed to appear in the Middle District of Alabama, Montgomery on Wednesday, September 27, 2006 at 10:00am before Magistrate Judge Vanzetta McPherson, Courtroom 5A per the Clerk's office in Montgomery, Alabama. (HAZ, ) (Entered: 09/08/2006) |

<table>
<tr><td colspan="4" align="center"><strong>PACER Service Center</strong></td></tr>
<tr><td colspan="4" align="center"><strong>Transaction Receipt</strong></td></tr>
<tr><td colspan="4" align="center">09/10/2006 11:33:33</td></tr>
<tr><td><strong>PACER Login:</strong></td><td>us4894</td><td><strong>Client Code:</strong></td><td></td></tr>
<tr><td><strong>Description:</strong></td><td>Docket Report</td><td><strong>Search Criteria:</strong></td><td>2:06-mj-00453-JPD</td></tr>
<tr><td><strong>Billable Pages:</strong></td><td>1</td><td><strong>Cost:</strong></td><td>0.08</td></tr>
</table>

*United States District Court-*
*for the*
*Western District of Washington*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| | )   06-453M |
| vs. | ) |
| | ) |
| SPRING MICHELLE DAWSON | ) |
| | )   ORDER APPOINTING |
| Defendant | )   ASSISTANT FEDERAL |
| | )   PUBLIC DEFENDER |
| | ) |
| | ) |
| | ) |

On the basis of the above-named defendant's sworn
financial statement, the court finds that he/she is
financially unable to retain counsel and that the Federal
Public Defender for the Western District of Washington be and
is hereby appointed to represent the above-named defendant
pursuant to Title 18 United States code 3006A.

Dated this **31st** day of August 2006

James P. Donohue

_____
United States Magistrate Judge

**ORDER APPOINTING F.P.D.**

06-MJ-00453-ORD

1
2
3              UNITED STATES DISTRICT COURT
4            for the WESTERN DISTRICT OF WASHINGTON
5                         at Seattle
6
7    UNITED STATES OF AMERICA,
8                    Plaintiff,
9                                        Case No. __06 -453 M__
10
11               vs.                     WAIVER OF RULE 5(c)(3)(D) HEARING
12    _Spring M. Dawson,_                  and ORDER OF TRANSFER
13                   Defendant,
14
15
16            WAIVER OF RULE 5(c)(3)(D) HEARING
17
18    I, __Spring M. Dawson__, have appeared before a United States
19   Magistrate Judge in the Western District of Washington, who has advised me of the provisions of
20   Rule 20 and of my right to a further hearing pursuant to Rule 5(c)(3)(D) of the Federal Rules of
21   Criminal Procedure. I wish to waive my right to such further hearing, therefore:
22        a)   I acknowledge that I am the person named in an indictment, information, or
23             warrant pending in the U. S. District Court for the _Middle_ District of
24             _Alabama_;
25        b)   I waive my right to production of the warrant or of any other original papers
26             relating to these charges or certified copies thereof;
27
28

**06-MJ-00453-WV**

c)  If I am entitled to a preliminary examination, I elect to have it conducted in the district where the prosecution is pending; and,

d)  I consent to the issuance of an order directing me to appear and answer in said district where the charges are pending.

DATED this 31st day of August, 2006.

_____          X Spring Dawson
Defense Counsel                                          Defendant

## ORDER OF TRANSFER

Based upon the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U. S. District Court for the _____ District of _____. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district. If released on bond, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

DATED this _____ day of _____, 20__.

_____
United States Magistrate Judge

# United States District Court
### Western District of Washington

UNITED STATES OF AMERICA,

vs.

## SPRING DAWSON

# APPEARANCE BOND
## Case No. 06-453M

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

☒ **Court Appearances.** I must appear in court at the U.S. Courthouse, 700 Stewart Street Seattle, Washington, Courtroomm 12B, on 14 September 2006, at 1:30pm and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise. I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO 10 YEARS IMPRISONMENT AND A FINE OF $250,000.

☒ **No Law Violations.** I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences.

☒ **No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer.

☒ **Address.** I must furnish my attorney, and/or Pretrial Services if supervised, with my current address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number to my attorney, or to Pretrial Services if supervised, within one business day..

☒ **Restrictions on Travel.** I must not travel outside the Continental United States or as directed by Pretrial Services.

☒ **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the court, in violation of 18 U.S.C. §§ 1503, 1512, and 1513.

☒ **Pretrial Supervision.** I am subject to Pretrial Services supervision by the Pretrial Services Office of the Court and must abide by such of the general and special conditions of release as that office shall impose. I must report to the Office of Pretrial Services, United States Courthouse, 700 Stewart Street, Suite 10101 Seattle, (206) 370-8950, within 24 hours of my release unless released during a weekend or on a holiday in which case I must report at 9:00 a.m. the following court day.

☒ **Other Conditions:**
- ✓ Travel is restricted to the Western District of Washington and the Middle District of Alabama, or as directed by Pretrial Services. Defendant has permission to travel to California, as previously scheduled, but must advise Pretrial Services of travel arrangements.
- ✓ Surrender all current and expired passports and travel documents to the Court. Do not apply for/obtain a new passport or travel document from any country without the permission of the Court.
- ✓ Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.
- ✓ Notify current employer of pending charges by September 7, 2006. The employer shall sign a Third Party Disclosure Form as directed by Pretrial Services.
- ✓ No employment in any positions in which there is actual/potential access to cash or negotiable instruments unless the employer is notified and the employment has been approved by Pretrial Services. The employer shall sign a Third Party Disclosure Form as directed by Pretrial Services.
- ✓ You shall not possess any Social Security number, identification, or documents in any name other than your own.

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

X _Spring Dawson_
(Signature of Defendant)

(City and State)

August 31, 2006

06-MJ-00453-BOND

---

## ORDER OF RELEASE

It is therefore ORDERED:
(1) Defendant shall comply with all conditions of this appearance Bond;
(2) Defendant shall be released from custody, and shall remain at liberty so long as (s)he complies with the provisions of this Appearance Bond, or until further order of the Court.

August 31, 2006
*(Dated)*

James P. Donohue
*UNITED STATES MAGISTRATE JUDGE*

cc: *Defendant, Defense Counsel, U.S. Attorney, Marshal, Pretrial Services*

RECEIPT   Date 9/1/06   19 ___   No. 732217

Received From SPRING DAWSON

Address 06-453 M

US PASS PORT

For # 400231112   Dollars $ ___

| ACCOUNT | | HOW PAID | | | |
|---|---|---|---|---|---|
| AMT. OF ACCOUNT | | CASH | | | |
| AMT. PAID | | CHECK | | | |
| BALANCE DUE | | MONEY ORDER | | By | |



The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'État des États-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer le citoyen ressortissant des Et...
difficulté et, en cas de...

El Secretario de Estado de
autoridades competentes per
aquí nombrado, sin demo...

06-MJ-00453-RCPT

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

NOT VALID UNTIL SIGNED

FILED ___ ENTERED
LODGED ___ RECEIVED

SEP - 1 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

PASSPORT
PASSEPORT
PASAPORTE

UNITED STATES OF AMERICA

Type P   Code USA   Passport No. 400231112

Surname / Nom / Apellidos
DAWSON
Given names / Prénoms / Nombres
SPRING MICHELLE
Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento

Sex F   Place of birth
CALIFORNIA, U.S.A.
Date of issue / Date de délivrance / Fecha de expedición
02 Aug 2001
Date of expiration / Date d'expiration / Fecha de caducidad
01 Aug 2011
Amendments / Modifications / Enmiendas
See Page 24

Authority New Orleans

P<USADAWSON<<SPRING<MICHELLE<<<<<<<<<<<<<<
400231112USA8203184F1108017<<<<<<<<<<<<<<

1

2          UNITED STATES DISTRICT COURT

3          WESTERN DISTRICT OF WASHINGTON

4                      at Seattle

5

6    UNITED STATES OF AMERICA,

7              Plaintiff,

8         v.                              Case # <u>06-453M</u>

9    Spring M. Dawson,

10             Defendant.               ORDER OF TRANSFER

11

12

13        It is hereby ORDERED, pursuant to F.R.Cr.P. 5(c)(3)(D), that further

14   proceedings in this case shall be conducted in the U. S. District Court for the

15   _____<u>MIDDLE</u>_____ District of __<u>ALABAMA, EASTERN DIVISION</u>.

16        The Clerk of this Court shall forthwith transmit to the Clerk of the Court in

17   said district the records of proceedings conducted in this district.

18        Unless defendant is released on bond, the U. S. Marshal is directed to

19   transport defendant as promptly as possible to that district. If released on bond, the

20   defendant is directed to appear in that district for further proceedings at the time

21   and place specified on the bond or as directed by Counsel.

22

23        Dated this 6TH day of September, 2006.

24

25                                      _____

26                                      Monica J. Benton
                                        U.S. Magistrate Judge
27

28

1                        MAGISTRATE JUDGE MONICA J. BENTON

2

3

4

5

6

7                   UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF WASHINGTON
8                           AT SEATTLE

9  UNITED STATES OF AMERICA,    )    NO. 06-453M
                            )
10          Plaintiff,        )
                            )
11          vs.            )    STIPULATED MOTION TO
                            )    TRANSFER JURISDICTION
12  SPRING DAWSON,           )
                            )
13          Defendant.     )
                            )
14  _____

15       Spring Dawson, by her attorney, Assistant Federal Public Defender Nancy

16  Tenney, and the United States, by Assistant United States Attorney Michael Lang,

17  respectfully request that this Court transfer jurisdiction to the Middle District of

18  Alabama, Eastern Division.  This motion is made for the following reasons:

19       1.  On August 31, 2006, Ms. Dawson was arrested on an Indictment filed in the

20  Middle District of Alabama charging her with bank fraud, in violation of 18 U.S.C. §

21  1344.  A copy of the Indictment is attached as Exhibit A.

22       2.  At her initial appearance, Ms. Dawson acknowledged she was the person

23  named in the Indictment, and waived production of original papers relating to the

24  charges.  A copy of her executed waiver form is attached as Exhibit B.

25       3.  At the request of the parties, Magistrate Judge Donohue scheduled a status

26  conference in this matter for September 14, 2006 at 1:30 p.m. to allow the parties time to

STIPULATED MOTION TO TRANSFER - 1
(Spring Dawson No. 06-453M)

1   pursue a possible transfer of jurisdiction to the Western District of Washington pursuant

2   to Rule 20 of the Federal Rules of Criminal Procedure.

3          4. At this time, Ms. Dawson does not wish to resolve this case in this district.

4   Accordingly, the parties request the Court strike the hearing scheduled for September 14,

5   2006 and transfer this case for all further matters to the Middle District of Alabama.

6          DATED this 7th day of September, 2006.

7                             Respectfully submitted,

8                             s/Nancy Tenney
                                WSBA No. 35304
9                             Attorney for Spring Dawson
                              Federal Public Defender's Office
10                            1601 Fifth Ave., Suite 700
                              Seattle, WA  98101
11                            206/553-1100
                              206/553-0120
12                            Nancy_Tenney@fd.org

13
                              s/Michael Lang
14                            Assistant United States Attorney
                              700 Stewart St., Suite 5220
15                            Seattle, WA  98101-1271
                              206/553-4213
16                            Mike.Lang@usdoj.gov

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION TO TRANSFER - 2
(Spring Dawson No. 06-453M)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Lang
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Mike.Lang@usdoj.gov

s/Nancy Tenney
WSBA No. 35304
Attorney for Spring Dawson
Federal Public Defender's Office
1601 Fifth Ave., Suite 700
Seattle, WA   98101
206/553-1100
206/553-0120
Nancy_Tenney@fd.org

STIPULATED MOTION TO TRANSFER - 3
(Spring Dawson No. 06-453M)

# EXHIBIT A

AUG 1 5 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 3:06CR191-MHT |
| | ) | [18 USC 1344] |
| SPRING M. DAWSON | ) | |
| | ) | |
| | ) | INDICTMENT |

THE GRAND JURY CHARGES:

## COUNT 1

From on or about the 19th day of March, 2003, to on or about the 21st day of March, 2003, in Auburn, Alabama, within the Middle District of Alabama, and elsewhere,

### SPRING M. DAWSON,

defendant herein, aided and abetted by others unknown to the Grand Jury, knowingly and willfully executed a scheme to defraud AmSouth Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation. The scheme to defraud consisted of the Defendant, aided and abetted by others, depositing a counterfeit check in the amount of $9770.57 into the account of Spring M. Dawson, account number 0031471579, on March 19, 2003. On March 21, 2003, Spring M. Dawson presented check number 618 at the Auburn Branch of AmSouth Bank and withdrew $4900.00 when she then well knew that her bank account did not contain sufficient funds to withdraw $4900.00. The scheme resulted in Spring M. Dawson fraudulently obtaining $4900.00, all in violation of Title 18, United States Code, Sections 2 and 1344.

## COUNT 2

From on or about the 19th day of March, 2003, to on or about the 21st day of March, 2003, in Auburn, Alabama, within the Middle District of Alabama, and elsewhere,

SPRING M. DAWSON,

defendant herein, aided and abetted by others unknown to the Grand Jury, knowingly and willfully executed a scheme to defraud AmSouth Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation. The scheme to defraud consisted of the Defendant, aided and abetted by others, depositing a counterfeit check in the amount of $9770.57 into the account of Spring M. Dawson, account number 0031471579, on March 19, 2003. On March 21, 2003, Spring M. Dawson presented check number 619 at the Opelika Branch of AmSouth Bank and withdrew $4500.00 when she then well knew that her bank account did not contain sufficient funds to withdraw $4500.00. The scheme resulted in Spring M. Dawson fraudulently obtaining $4500.00, all in violation of Title 18, United States Code, Sections 2 and 1344.

## COUNT 3

From on or about the 19th day of March, 2003, to on or about the 21st day of March, 2003, in Auburn, Alabama, within the Middle District of Alabama, and elsewhere,

SPRING M. DAWSON,

defendant herein, aided and abetted by others unknown to the Grand Jury, knowingly and willfully executed a scheme to defraud AmSouth Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation. The scheme to defraud consisted of the Defendant, aided and abetted by others, depositing a counterfeit check in the amount of $9770.57 into the account of Spring M. Dawson, account number 0031471579, on March 19, 2003. Spring M. Dawson made a $400.00 withdrawal from her account at the PSN Bank ATM at Colonial Mall in Auburn, Alabama, when she then well knew that her bank account did not contain sufficient funds to withdraw $400.00. The scheme resulted in Spring M. Dawson fraudulently obtaining $400.00, all in violation of Title 18, United States Code, Sections 2 and 1344.

2

Case 3:06-cr-00191-MHT-CSC *SEALED*     Document 1     Filed 08/15/2006     Page 3 of 3


A TRUE BILL:


_Janeee Davey Williams_
Foreperson


_Leura G. Canary_
LEURA G. CANARY
UNITED STATES ATTORNEY

_Kent Brunson_
Kent B. Brunson
Assistant United States Attorney


3

# EXHIBIT B

1
2
3                     UNITED STATES DISTRICT COURT
4                 for the WESTERN DISTRICT OF WASHINGTON
5                                at Seattle
6
7     UNITED STATES OF AMERICA,
8                           Plaintiff,
9                                             Case No. _06 - 453 M_
10                vs.
11                                        WAIVER OF RULE 5(c)(3)(D) HEARING
12     _Spring M. Dawson,_                    and ORDER OF TRANSFER
13                           Defendant,
14
15
16                     WAIVER OF RULE 5(c)(3)(D) HEARING
17
18     I, _____Spring M. Dawson_____ , have appeared before a United States
19     Magistrate Judge in the Western District of Washington, who has advised me of the provisions of
20     Rule 20 and of my right to a further hearing pursuant to Rule 5(c)(3)(D) of the Federal Rules of
21     Criminal Procedure. I wish to waive my right to such further hearing, therefore:
22          a)     I acknowledge that I am the person named in an indictment, information, or
23                 warrant pending in the U. S. District Court for the __Middle__ District of
24                 __Alabama__ ;
25          b)     I waive my right to production of the warrant or of any other original papers
26                 relating to these charges or certified copies thereof;
27
28

06-MJ-00453-WV

c)   If I am entitled to a preliminary examination, I elect to have it conducted in the district where the prosecution is pending; and,

d)   I consent to the issuance of an order directing me to appear and answer in said district where the charges are pending.

DATED this 31st day of ___August___, 20 06.

_____          x _Spring Dawson_
Defense Counsel                                 Defendant

### ORDER OF TRANSFER

Based upon the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U. S. District Court for the _____ District of _____. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district. If released on bond, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

DATED this _____ day of _____, 20__.

_____
United States Magistrate Judge

MAGISTRATE JUDGE MONICA J. BENTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 06-453M |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER OF TRANSFER |
| vs. | ) | |
| | ) | |
| SPRING DAWSON, | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

THIS MATTER having come before the Court on the joint motion of the parties

for an order continuing transferring jurisdiction to the Middle District of Alabama,

Eastern Division, and the Court having considered the joint motion of the parties,

together with the balance of the records and files herein, the Court now finds and rules

as follows:

IT IS HEREBY ORDERED that the further proceedings in this case shall be

conducted in the U.S. District Court for the Middle District of Alabama. The Clerk of

this Court shall forthwith transmit to the Clerk in said district the records of proceedings

conducted in this district.

The defendant is directed to appear in that district for further proceedings as

directed by the District Court for the Middle District of Alabama.

//

[PROPOSED] ORDER ON STIPULATED MOTION
TO TRANSFER JURISDICTION - 1
(Spring Dawson No. 06-453M)

1        The status hearing scheduled in this matter for September 14, 2006 at 1:30 p.m. is

2   hereby stricken.

3        DATED this _____ day of September, 2006.

4

5

6                           _____

                        HON. MONICA J. BENTON

7                           UNITED STATES MAGISTRATE JUDGE

8

9   Presented by:

10  s/Nancy Tenney
    WSBA No. 35304

11      Attorney for Spring Dawson
    Federal Public Defender's Office

12      1601 Fifth Ave., Suite 700
    Seattle, WA  98101

13      206/553-1100
    206/553-0120

14      Nancy_Tenney@fd.org

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER ON STIPULATED MOTION
TO TRANSFER JURISDICTION - 2
(Spring Dawson No. 06-453M)