IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CR. NO.: 3:06CR191-MHT |
| ) | |
| SPRING M. DAWSON ) | |
| ) | |

**ORDER**

For good cause, it is

**ORDERED** that the arraignment of the defendant be and is hereby scheduled for **September 27, 2006 at 10:00 a.m.**, **in courtroom 5-A**, before United States Magistrate Judge Vanzetta P. McPherson, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 12th day of September, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE