BOND, CLOSED, PASSPORT

# U.S. District Court
## WESTERN DISTRICT OF WASHINGTON (Seattle)
## CRIMINAL DOCKET FOR CASE #: 2:06-mj-00453-JPD-ALL
### Internal Use Only

Case title: USA v. Dawson                          Date Filed: 08/31/2006
Other court case number: 3:06CR191-MHT District of
                          Alabama, Eastern Division

Assigned to: James P. Donohue

**Defendant**

**Spring M Dawson (1)**          represented by **Nancy Tenney**
*TERMINATED: 09/06/2006*                          FEDERAL PUBLIC DEFENDER'S
                                                   OFFICE (SEA)
                                                   1601 5TH AVE
                                                   STE 700 WESTLAKE CENTER
                                                   OFFICE TOWER
                                                   SEATTLE, WA 98101
                                                   206-553-1100
                                                   Fax: FAX 206-553-0120
                                                   Email: nancy_tenney@fd.org
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: Public Defender or*
                                                   *Community Defender Appointment*

**Pending Counts**                               **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                            **Disposition**

None

**Highest Offense Level (Terminated)**

None



## Complaints

18:1344 Bank Fraud

## Disposition

## Plaintiff

**USA**

represented by **Michael J Lang**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-7970
Email: Mike.Lang@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2006 | | Arrest of Spring M Dawson on 8/31/2006. (HAZ, ) (Entered: 09/05/2006) |
| 08/31/2006 | 1 | CHARGING DOCUMENT RECEIVED FROM OTHER COURT as to Spring M Dawson (HAZ, ) (Entered: 09/05/2006) |
| 08/31/2006 | 2 | **NON-PUBLIC** Financial Affidavit by Spring M Dawson signed by Judge James P. Donohue.(HAZ, ) (Entered: 09/05/2006) |
| 08/31/2006 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Nancy Tenney by Judge James P. Donohue. (HAZ, ) (Entered: 09/05/2006) |
| 08/31/2006 | 4 | Minute Entry for proceedings held before Judge James P. Donohue - CRD: *HAZ*; AUSA: *M LANG*; Def Cnsl: *N TENNEY*; PTS: *C KNUDSEN*; Time of Hearing: *2:30 PM*; Courtroom: *12B*; **INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS** as to Spring M Dawson held on 8/31/2006. CT reviews financial affidavit and appoints counsel. Defendant advised of rights and charges pending in MD-AL. Rule 5 hearing waiver signed. Defendant(s) placed on PR bond.<br><br>Status Hearing re: Rule 20 transfer set for 9/14/2006 at 1:30 pm before Hon. Monica J. Benton. (HAZ, ) (Entered: 09/05/2006) |
| 08/31/2006 | 5 | WAIVER of Rule 5(c)(3) Hearings by Spring M Dawson (cc: USMO) (HAZ, ) (Entered: 09/05/2006) |
| 08/31/2006 | 6 | Appearance Bond Entered as to Spring M Dawson (1) PR bond w/PTS supervision and special conditions. (cc: PTS/USPO/USMO) (HAZ, ) (Entered: 09/05/2006) |
| 09/01/2006 | 7 | Receipt for Surrender of Passport as to Spring M Dawson. Passport issued by United States. (JK, ) (Entered: 09/06/2006) |

| 09/06/2006 | ⊙9 | ORDER OF TRANSFER to Middle District of Alabama as to Spring M Dawson by Judge Monica J. Benton. (cc: PTS, USMO) (HAZ, ) (Entered: 09/08/2006) |
| 09/07/2006 | ⊙8 | STIPULATED MOTION *to Transfer Jurisdiction* by Spring M Dawson. Noting Date 9/15/2006. (Attachments: # 1 Exhibit A & B# 2 Proposed Order)(Tenney, Nancy) (Entered: 09/07/2006) |
| 09/08/2006 | ⊙ | ***Note as to defendant Spring M Dawson: Defendant is directed to appear in the Middle District of Alabama, Montgomery on Wednesday, September 27, 2006 at 10:00am before Magistrate Judge Vanzetta McPherson, Courtroom 5A per the Clerk's office in Montgomery, Alabama. (HAZ, ) (Entered: 09/08/2006) |

*United States District Court-*
*for the*
*Western District of Washington*

UNITED STATES OF AMERICA,      )
                               )
        Plaintiff              )
                               )
                               )         06-453M
        vs.                    )
                               )
SPRING MICHELLE DAWSON         )
                               )
        Defendant              )         ORDER APPOINTING
                               )         ASSISTANT FEDERAL
                               )         PUBLIC DEFENDER
                               )
                               )
_____ )

On the basis of the above-named defendant's sworn

financial statement, the court finds that he/she is

financially unable to retain counsel and that the Federal

Public Defender for the Western District of Washington be and

is hereby appointed to represent the above-named defendant

pursuant to Title 18 United States code 3006A.

Dated this __31st__ day of August 2006

James P. Donohue
United States Magistrate Judge

ORDER APPOINTING F.P.D.



06-MJ-00453-ORD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

for the WESTERN DISTRICT OF WASHINGTON

at Seattle

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

_Spring M. Dawson,_

           Defendant,

Case No. __06 -453 M__

WAIVER OF RULE 5(c)(3)(D) HEARING

and ORDER OF TRANSFER

## WAIVER OF RULE 5(c)(3)(D) HEARING

I, __Spring M. Dawson__, have appeared before a United States Magistrate Judge in the Western District of Washington, who has advised me of the provisions of Rule 20 and of my right to a further hearing pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure. I wish to waive my right to such further hearing, therefore:

    a)     I acknowledge that I am the person named in an indictment, information, or warrant pending in the U. S. District Court for the __Middle__ District of __Alabama__ ;

    b)     I waive my right to production of the warrant or of any other original papers relating to these charges or certified copies thereof;

06-MJ-00453-WV

c)    If I am entitled to a preliminary examination, I elect to have it conducted in the district where the prosecution is pending; and,

d)    I consent to the issuance of an order directing me to appear and answer in said district where the charges are pending.

DATED this 31ˢᵗ day of _____August_____, 20 06.

_____      x Spring Dawson
Defense Counsel                         Defendant

## ORDER OF TRANSFER

Based upon the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U. S. District Court for the _____ District of _____. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district. If released on bond, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

DATED this _____ day of _____, 20__.

_____
United States Magistrate Judge

 **United States District Court**
*Western District of Washington* 

UNITED STATES OF AMERICA,

vs.

## SPRING DAWSON

# APPEARANCE BOND
## Case No. 06-453M

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

☒ **Court Appearances.** I must appear in court at the U.S. Courthouse, 700 Stewart Street Seattle, Washington, Courtroomm 12B, on 14 September 2006, at 1:30pm and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise. **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO 10 YEARS IMPRISONMENT AND A FINE OF $250,000.**

☒ **No Law Violations.** I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences.

☒ **No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer.

☒ **Address.** I must furnish my attorney, and/or Pretrial Services if supervised, with my current address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number to my attorney, and/or Pretrial Services if supervised, within one business day..

☒ **Restrictions on Travel.** I must not travel outside the Continental United States or as directed by Pretrial Services.

☒ **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. §§ 1503, 1512, and 1513.

☒ **Pretrial Supervision.** I am subject to Pretrial Services supervision by the Pretrial Services Office of the Court and must abide by such of the general and special conditions of release as that office shall impose. I must report to the Office of Pretrial Services, United States Courthouse, 700 Stewart Street, Suite 10101 Seattle, (206) 370-8950, within 24 hours of my release unless released during a weekend or on a holiday in which case I must report at 9:00 a.m. the following court day.

☒ **Other Conditions:**
  ✓ Travel is restricted to the Western District of Washington and the Middle District of Alabama, or as directed by Pretrial Services. Defendant has permission to travel to California, as previously scheduled, but must advise Pretrial Services of travel arrangements.
  ✓ Surrender all current and expired passports and travel documents to the Court. Do not apply for/obtain a new passport or travel document from any country without the permission of the Court.
  ✓ Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.
  ✓ Notify current employer of pending charges by September 7, 2006. The employer shall sign a Third Party Disclosure Form as directed by Pretrial Services.
  ✓ No employment in any positions in which there is actual/potential access to cash or negotiable instruments unless the employer is notified and the employment has been approved by Pretrial Services. The employer shall sign a Third Party Disclosure Form as directed by Pretrial Services.
  ✓ You shall not possess any Social Security number, identification, or documents in any name other than your own.

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

X _Spring Dawson_
*(Signature of Defendant)*

August 31, 2006

*(City and State)*

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**06-MJ-00453-BOND**

## ORDER OF RELEASE

It is therefore ORDERED:
(1) Defendant shall comply with all conditions of this appearance Bond;
(2) Defendant shall be released from custody, and shall remain at liberty so long as (s)he complies with the provisions of this Appearance Bond, or until further order of the Court.

August 31, 2006
*(Dated)*

_James P. Donohue_
James P. Donohue
UNITED STATES MAGISTRATE JUDGE

cc: *Defendant, Defense Counsel, U.S. Attorney, Marshal, Pretrial Services*

**RECEIPT** Date 9/1/06 19___ No. 732217

Received From SPRING DAWSON

Address 06-453 M

U S PASS PORT

For # 400 23111.2 Dollars $

| ACCOUNT | | | HOW PAID | |
|---|---|---|---|---|
| AMT. OF ACCOUNT | | CASH | | |
| AMT. PAID | | CHECK | | |
| BALANCE DUE | | MONEY ORDER | | By |



The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'État des États-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen/ressortissant des États-Unis titulaire du présent passeport sans délai ni difficulté et, en cas de besoin...

El Secretario de Estado de... autoridades competentes por aquí nombrado, sin demora...

06-MJ-00453-RCPT

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

NOT VALID UNTIL SIGNED

FILED _____ ENTERED
LODGED _____ RECEIVED

SEP -- 1 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON  DEPUTY



PASSPORT
PASSPORT
PASSEPORT
USA

UNITED STATES OF AMERICA

Type / Type / Tipo   Code / Code / Código   Passport No. / No. du Passeport / No. de Pasaporte
P   USA   400231112

Surname / Nom / Apellidos
DAWSON

Given names / Prénoms / Nombres
SPRING MICHELLE

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento

Sex / Sexe / Sexo   Place of birth / Lieu de naissance / Lugar de nacimiento
F   CALIFORNIA, U.S.A.

Date of issue / Date de délivrance / Fecha de expedición   Authority / Autorité / Autoridad
02 Aug 2001   New Orleans

Date of expiration / Date d'expiration / Fecha de caducidad
01 Aug 2011

Amendments / Modifications / Enmiendas
See Page 24

P<USADAWSON<<SPRING<MICHELLE<<<<<<<<<<<<<<<<<<
400231112USA8203184F1108017<<<<<<<<<<<<<<<<<<0

1
2          UNITED STATES DISTRICT COURT
3         WESTERN DISTRICT OF WASHINGTON
4                  at Seattle
5
6   UNITED STATES OF AMERICA,
7          Plaintiff,
8       v.                          Case # 06-453M
9   Spring M. Dawson,
10          Defendant.              ORDER OF TRANSFER
11
12
13      It is hereby ORDERED, pursuant to F.R.Cr.P. 5(c)(3)(D), that further
14  proceedings in this case shall be conducted in the U. S. District Court for the
15      MIDDLE_____ District of __ALABAMA, EASTERN DIVISION.
16      The Clerk of this Court shall forthwith transmit to the Clerk of the Court in
17  said district the records of proceedings conducted in this district.
18      Unless defendant is released on bond, the U. S. Marshal is directed to
19  transport defendant as promptly as possible to that district. If released on bond, the
20  defendant is directed to appear in that district for further proceedings at the time
21  and place specified on the bond or as directed by Counsel.
22
23      Dated this 6TH day of September, 2006.
24
25
26  _____
    Monica J. Benton
27  U.S. Magistrate Judge
28