IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO.: 3:06CR191-MHT |
| | ) | |
| SPRING M. DAWSON | ) | |

### MOTION TO APPOINT FEDERAL DEFENDER OFFICE AS COUNSEL

COMES NOW the Office of the Federal Defenders, by and through Kevin L. Butler, and requests appointment as counsel for Ms. Spring Dawson. In support of this motion, undersigned submits the following:

1. Ms. Dawson has been deemed indigent and her financial affidavit is already on file with this court (Docket No. 7).

WHEREFORE, for good cause and in the interest of justice, undersigned counsel requests this motion be granted.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | ) CR. NO.: 3:06CR191-MHT |
| | ) |
| **SPRING M. DAWSON** | ) |

## CERTIFICATE OF SERVICE

    I hereby certify that on September 19, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne Speirs, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                                   Respectfully submitted,

                                                   s/ Kevin L. Butler
                                                 KEVIN L. BUTLER
                                                 First Assistant Federal Defender
                                                 201 Monroe Street, Suite 407
                                                 Montgomery, Alabama 36104
                                                 Phone: (334) 834-2099
                                                 Fax: (334) 834-0353
                                                 E-mail: kevin_butler@fd.org
                                                 AZ Bar Code: 014138