IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CR. NO.: 3:06CR191-MHT** |
| ) | |
| **SPRING M. DAWSON** ) | |

## MOTION TO CONTINUE ARRAIGNMENT

COMES NOW, Defendant, Spring M. Dawson, by and through undersigned counsel, Kevin L. Butler, and moves to continue the arraignment currently scheduled for September 27, 2006.  Ms. Dawson resides in Seattle, Washington. So as to minimize financial hardship we would ask that her arraignment be continued until on or after December 27, 2006.  This request is not made for purposes of delay or to hinder the administration of justice.

WHEREFORE, for good cause and in the interest of justice, undersigned counsel requests this motion be granted.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | CR. NO.: 3:06CR191-MHT |
| | ) | |
| **SPRING M. DAWSON** | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on September 25, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne Speirs, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138