IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:06cr191-MHT |
| | ) | |
| SPRING M. DAWSON | ) | |

**ORDER**

Now pending before the court is the defendant's motion to continue the arraignment presently set for September 27, 2006. Upon consideration of the motion, and for good cause, it is

ORDERED that arraignment presently set for September 27, 2006 be and is hereby RESET to December 27, 2006, at 10:00 a.m. in Courtroom 4B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 26th day of September, 2006.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE