| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: **DECEMBER 27, 2006** |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:46 – 10:47 |

- ✓ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- ✓ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE <u>CHARLES S. COODY</u>    DEPUTY CLERK: <u>WANDA STINSON</u>

CASE NO. <u>3:06CR-191-MHT-CSC</u>    DEFT. NAME: <u>SPRING DAWSON</u>

USA: ~~KENT BRUNSON~~ Andrew Schiff    ATTY: <u>KEVIN BUTLER</u>

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO;

USPTSO/USPO: _____

Defendant ____ does ✓ does NOT need an interpreter; NAME: _____

- ☐ Kars.   Date of Arrest _____ or ☐ Rule 5 Arrest
- ✓ kia.    Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ Finaff.  Financial Affidavit executed ☐ to be obtained by PTS; ☐ ORAL Motion for Appt. Of Counsel.
- ☐ koappted  **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐         Deft. Advises he will retain counsel. Has retained _____
- ☐         Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐         Government's **WRITTEN** Motion for Detention Hrg. filed. **DETENTION HRG** ☐ held; ☐ Set for _____; ☐ **Prelim. Hrg** Set for _____
- ☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.     **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.  Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.     ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR).
             ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.      Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg.  Identity/Removal Hearing ☐ set for _____; ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl.   Waiver of Preliminary hearing;
- ☐         Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ✓ Karr.    ARRAIGNMENT SET FOR: _____ ✓ **HELD.** Plea of **NOT GUILTY** entered.
             ✓ Trial Term 2/5/07 ☐ PRETRIAL CONFERENCE DATE: _____
             ✓ DISCOVERY DISCLOSURES DATE: 12/27/06