COURTROOM DEPUTY MINUTES                DATE:  JANUARY 12, 2007

MIDDLE DISTRICT OF ALABAMA              DIGITAL RECORDED: 1:30 – 1:31

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 3:06CR-191-MHT-CSC     **DEFENDANT NAME:** SPRING DAWSON

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. ~~KENT BRUNSON~~ Todd Brown / Stephen P. Feaga | ATTY. KEVIN BUTLER |

✓ **DISCOVERY STATUS:** Complete.

✓ **PENDING MOTION STATUS:**
Deft may file M/Continue trial to allow time to complete Pretrial Disc.

✓ **PLEA STATUS:** Possible plea.
Deft will apply to pretrial Diversion.

☐ **TRIAL STATUS:**

☐ **REMARKS:**