IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO.  3:06CR-191-MHT |
| | ) | |
| SPRING DAWSON | ) | |
| | ) | |

**ORDER**

Based upon this court's order setting the trial in the above-styled case for June 4, 2007, and for good cause, it is

**ORDERED** that a final pretrial conference be and is hereby set for **April 2, 2007 at 1:00 p.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 17th day of January, 2007.

　　　　　　　　　　　　　　　　　　／s/Charles S. Coody
　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE