IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO.   3:06CR191-MHT |
| | ) | |
| SPRING M. DAWSON | ) | |
| | ) | |

**ORDER**

Based upon this court's order setting the trial in the above-styled case for September 17, 2007, and for good cause, it is

**ORDERED** that a final pretrial conference be and is hereby set for **July 16, 2007 at 1:00 p.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 31st day of May, 2007.

　　　　　　　　　　　　　　　　／s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE