IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. 3:06cr191-MHT |
| | ) | |
| SPRING M. DAWSON | ) | |

MOTION FOR LEAVE TO DISMISS INDICTMENT WITHOUT PREJUDICE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to Dismiss the Indictment without Prejudice heretofore filed in the above-styled cause as to Spring M. Dawson on the following grounds, to wit: Ms. Dawson signed a pre-trial diversion agreement on August 23, 2007.

Respectfully submitted this the 30th day of August, 2007.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR NO. <u>3:06cr191-MHT</u> |
| ) | |
| SPRING M. DAWSON ) | |

CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jennifer Hart, Esq.

Respectfully submitted,

/s/Kent B. Brunson
KENT B. BRUNSON
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. 3:06cr191-MHT |
| | ) | |
| SPRING M. DAWSON | ) | |

<u>O R D E R</u>

Upon consideration of the Motion for Leave to Dismiss Indictment without Prejudice heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE